## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STARSKY IVEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-4765** |
| | : | |
| **CHERYL J. STURM,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 10th day of October, 2025, upon consideration of Plaintiff Starsky Ivey's Motion to Proceed *In Forma Pauperis* (ECF No. 1)*, pro se* Complaint (ECF No. 2), and Motion for Appointment of Counsel (ECF No. 3), it is **ORDERED** that:

1.      The Motion to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED** as moot, because Ivey has paid the required $405 filing fee.

2.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction without leave to amend, for the reasons stated in the Court's Memorandum.

3.      The Motion for Appointment of Counsel (ECF No. 3) is **DENIED** as moot.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ John Milton Younge**

**JOHN M. YOUNGE, J.**